IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Venita Despot<br>　　　Debtor, | BANKRUPTCY CASE NUMBER<br>25-12784-amc |
| JPMorgan Chase Bank, National Association<br>　　　Movant.<br>v. | CHAPTER 13 |
| Venita Despot<br>　　　Debtor/Respondent, | |
| Scott Waterman, Trustee<br>　　　Additional Respondent. | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

Pursuant to Bankruptcy Rules 2002 and 9007, Bankruptcy Code §§102(1), 342, and 1109(b), JPMorgan Chase Bank, National Association, requests special notice of all matters which must be noticed to creditors, equity security holders, any creditors or other committees, and any other parties in interest whether sent by the Court, the Debtor, the Trustee, or any other party.  This request includes not only the notices and papers referred to in the Rules above, but also includes, without limitation, Orders and notice of any Application, Motion, Petition, Pleading, Request, Complaint, and demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, telegraph, telex, facsimile or otherwise.

Dated:  July 25, 2025

Respectfully submitted,
BY:/s/ Christopher A. DeNardo
Christopher A. DeNardo, 78447
Heather Riloff, 309906
Leslie J. Rase, 58365
LOGS Legal Group LLP
985 Old Eagle School Road, Suite 514
Wayne, PA 19087
(610) 278-6800
logsecf@logs.com

LLG File #: 25-072472

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Venita Despot<br>         Debtor, | BANKRUPTCY CASE NUMBER<br>25-12784-amc |
| JPMorgan Chase Bank, National Association<br>         Movant.<br>v.<br><br>Venita Despot<br>         Debtor/Respondent,<br><br>Scott Waterman, Trustee<br>         Additional Respondent. | CHAPTER 13 |

## CERTIFICATE OF SERVICE

I, Christopher A. DeNardo, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of Entry of Appearance and Request for Notice by First Class Mail, postage prepaid, at the respective last known address of each person set forth below on this 24th day of July, 2025:

Venita Despot
921 E Vernon Rd
Philadelphia, PA 19150

Michael A. Cibik, Esquire, Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
mail@cibiklaw.com - VIA ECF

Scott Waterman, Trustee
Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606
ecfmail@reeadingch13.com - VIA ECF

I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

/s/ Christopher A. DeNardo
Christopher A. DeNardo, 78447
Heather Riloff, 309906
Leslie J. Rase, 58365
LOGS Legal Group LLP
985 Old Eagle School Road, Suite 514
Wayne, PA 19087
(610) 278-6800
logsecf@logs.com