UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Venita Despot<br>    Debtors<br><br>JPMorgan Chase Bank, National Association,<br>    Movant,<br>v.<br><br>Venita Despot,<br>  Respondent/Debtors,<br>and<br>Scott Waterman, Trustee,<br>  Additional Respondent. | CHAPTER 13<br><br>BANKRUPTCY CASE NUMBER<br>25-12784-amc |

## OBJECTION OF JPMORGAN CHASE BANK, NATIONAL ASSOCIATION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN OF REORGANIZATION

JPMorgan Chase Bank, National Association, by and through its counsel, LOGS Legal Group LLP, hereby objects to the confirmation of Debtor's Chapter 13 Plan, and in support thereof, avers as follows:

1. On or about July 11, 2025, Debtors filed a voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code.

2. Movant holds an allowed claim, secured only by Debtor's principal residence located at 921 E Vernon Rd, Philadelphia, PA 19150.

3. Movant is in the process of filing its Proof of Claim citing arrears in the amount of $1,541.00, and a total claim in the amount of $30,272.29.

4. Debtor's proposed plan calls for the payment to Movant of arrearages in the amount of $0.00 to be paid to the Trustee through the Plan.

5. The Plan is insufficiently funded to pay Movant its proposed arrearage claim or proposed total debt claim in full.

6. The Plan fails to comply with 11 U.S.C. § 1322.

7. The Plan fails to comply with 11 U.S.C. § 1325.

8. The Court must deny confirmation of Debtor's Chapter 13 Plan.

WHEREFORE, JPMorgan Chase Bank, National Association respectfully requests that confirmation of the Debtor's Plan be denied, that Debtor's bankruptcy petition be dismissed with prejudice; and for such other relief as this Court deems appropriate.

                                                Respectfully submitted,

Dated:  8/7/2025

BY: /s/ Heather Riloff
Christopher A. DeNardo, Esquire
LOGS Legal Group LLP
985 Old Eagle School Road, Suite 514
Wayne, PA 19087
(610) 278-6800/ fax (847) 954-4809

LLG File #:25-072472

PA BAR ID #78447
cdenardo@logs.com
pabk@logs.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Venita Despot<br>    Debtors.<br><br>JPMorgan Chase Bank, National Association,<br>    Movant,<br>v.<br><br>Venita Despot,<br>   Debtors/Respondent,<br>and<br>Scott Waterman, Trustee,<br>   Additional Respondent. | CHAPTER 13<br><br>BANKRUPTCY CASE NUMBER<br>25-12784-amc |

## CERTIFICATE OF SERVICE

      I, Heather Riloff, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of JPMorgan Chase Bank, National Association's Objection to the Confirmation of Debtor's Chapter 13 Plan by First Class Mail, postage prepaid or by electronic notification, at the respective last known address or email address of each person set forth below on July 29, 2025:

Michael A. Cibik, Esquire
Cibik Law, P.C.
1500 Walnut Street Suite 900
Philadelphia, PA 19102
Sent via electronic notification mail@cibiklaw.com

Scott Waterman, Trustee
Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606
Sent via electronic notification ecfmail@reeadingch13.com

      I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

                                            /s/ Heather Riloff
                                            Heather Riloff 309906
                                            LOGS Legal Group LLP
                                            985 Old Eagle School Road, Suite 514
                                            Wayne, PA 19087
LLG File #:25-072472                              (610) 278-6800