# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
### Philadelphia Division

| | |
|---|---|
| Venita Despot,<br><br>　　　　　　　　　Debtor. | Case No. 25-12784-AMC<br>Chapter 13 |

## Certificate of Service

I, Michael A. Cibik, certify that on September 22, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- First Amended Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated below.

Date: September 22, 2025

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
Method of Service: CM/ECF

**Kenneth E. West**
Chapter 13 Trustee
190 N. Independence Mall West, Suite 701
Philadelphia, PA 19106
Method of Service: CM/ECF

**JPMorgan Chase Bank, National Association**
Chase Records Center
Attn: Corr Mail Mail LA4-5555
700 Kansas Lane
Monroe, LA 71203
Method of Service: CM/ECF

**Citizens Bank N.A.**
One Citizens Bank Way
Johnston, RI 02919
Method of Service: First Class Mail