IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Venita Despot<br>    Debtor,<br><br>JPMorgan Chase Bank, National Association<br>    Movant.<br>v.<br><br>Venita Despot<br>    Debtor/Respondent,<br><br>Scott Waterman, Trustee<br>    Additional Respondent. | BANKRUPTCY CASE NUMBER<br>25-12784-amc<br><br>CHAPTER 13 |

## **PRAECIPE TO WITHDRAW**

To The Clerk, United States Bankruptcy Court:

    Kindly withdraw, without prejudice, Movant, JPMorgan Chase Bank, National Association's Objection to Confirmation of Chapter 13 Plan filed with the Court on August 7, 2025.

/s/ Christopher A. DeNardo
Christopher A. DeNardo, 78447
Heather Riloff, 309906
Leslie J. Rase, 58365
LOGS Legal Group LLP
985 Old Eagle School Road, Suite 514
Wayne, PA 19087
(610) 278-6800
logsecf@logs.com