IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Venita Despot<br>      Debtor, <br><br>JPMorgan Chase Bank, National Association<br>      Movant.<br>v.<br><br>Venita Despot<br>      Debtor/Respondent,<br><br>Scott Waterman, Trustee<br>      Additional Respondent. | BANKRUPTCY CASE NUMBER<br>25-12784-amc<br><br>CHAPTER 13 |

## **CERTIFICATE OF SERVICE**

      I, Christopher A. DeNardo, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of Withdrawal by First Class Mail, postage prepaid, at the respective last known address of each person set forth below on this 29th day of September, 2025:

Venita Despot
921 E Vernon Rd
Philadelphia, PA 19150

Michael A. Cibik, Esquire, Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
mail@cibiklaw.com - VIA ECF

Scott Waterman, Trustee
Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606
ecfmail@reeadingch13.com - VIA ECF

      I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

/s/ Christopher A. DeNardo
Christopher A. DeNardo, 78447
Heather Riloff, 309906
Leslie J. Rase, 58365
LOGS Legal Group LLP
985 Old Eagle School Road, Suite 514
Wayne, PA 19087
(610) 278-6800
logsecf@logs.com