IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Venita Despot<br>       Debtor, | BANKRUPTCY CASE NUMBER<br>25-12784-amc |
| JPMorgan Chase Bank, National Association<br>       Movant.<br>v. | CHAPTER 13 |
| Venita Despot<br>       Debtor/Respondent, | |
| Scott Waterman, Trustee<br>       Additional Respondent. | |

## **O R D E R**

**AND NOW**, this _____ day of _____, 2025, upon consideration of JPMorgan Chase Bank, N.A.'s Motion to Withdraw Objection to Plan, it is hereby ORDERED and DIRECTED that the Objection to Plan filed at Document Number 11 is WITHDRAWN.

BY THE COURT:

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE