United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 25-12784-amc
Venita Despot | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3
Date Rcvd: Nov 20, 2025      Form ID: 155      Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Venita Despot, 921 E Vernon Rd, Philadelphia, PA 19150-3617 |
| 15028425 | | Citizens Bank NA, Attn: Bankruptcy One Citizens Plaza, Providence, RI 02903 |
| 15032631 | + | JPMorgan Chase Bank, National Association, Christopher A. DeNardo, Esquire, LOGS Legal Group LLP, 985 Old Eagle School Road, Suite 514, Wayne, PA 19087-1712 |
| 15028434 | | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 15028437 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 15028445 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15029333 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 21 2025 02:15:00 | Citizens Bank N.A., One Citizens Bank Way, Johnston, RI 02919, Mailstop JCA 115 |
| 15028426 | | Email/Text: megan.harper@phila.gov | Nov 21 2025 02:17:00 | City of Philadelphia, c/o City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 15028423 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 21 2025 02:02:18 | Chase Mortgage, Attn: Legal Correspondence Center, 700 Kansas Ln Mail Code LA4-7200, Monroe, LA 71203-4774 |
| 15028424 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 21 2025 01:32:08 | Citibank North America, Attn: Bankruptcy Department, P.O.Box 790046, ST. Louis, MO 63179-0046 |
| 15028427 | | Email/Text: bankruptcy@philapark.org | Nov 21 2025 02:17:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 15028428 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 21 2025 02:16:00 | Comenity Bank/Ashley Stewart, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 15028429 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 21 2025 02:16:00 | Comenity Bank/Kingsize, Attn: Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 15028430 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 21 2025 02:16:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 15028431 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 21 2025 02:02:25 | Dsnb Bloomingdales, Attn: Recovery 'Bk', PO Box 9111, Mason, OH 45040 |
| 15028432 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 21 2025 02:16:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15044837 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 21 2025 02:16:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 15039605 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 21 2025 01:31:52 | JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Corr Mail Mail |

| Recipient # | Method | Date/Time | Address |
|---|---|---|---|
| | | | LA4-5555, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 15045534 | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 21 2025 02:16:00 | Jefferson Capital Systems, LLC, PO BOX 772813, Chicago IL 60677-2813 |
| 15028433 | Email/PDF: cbp@omf.com | Nov 21 2025 02:03:28 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 15028435 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 21 2025 02:16:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15028436 | ^ MEBN | Nov 21 2025 01:08:53 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15028438 | Email/Text: bankruptcy@philapark.org | Nov 21 2025 02:17:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 15028439 | + Email/PDF: ais.sync.ebn@aisinfo.com | Nov 21 2025 02:24:48 | Synchrony Bank/JCPenney, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15028440 | + Email/PDF: ais.sync.ebn@aisinfo.com | Nov 21 2025 01:35:42 | Synchrony Bank/Lowes, Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15028441 | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 21 2025 01:35:06 | Synchrony Bank/QVC, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 15028442 | + Email/PDF: ais.sync.ebn@aisinfo.com | Nov 21 2025 01:32:15 | Synchrony Bank/Sams Club, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15028443 | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 21 2025 01:35:06 | Synchrony/HSN, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 15028444 | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 21 2025 02:17:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 22, 2025            Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2025 at the address(es) listed below:

**Name**  **Email Address**

CHRISTOPHER A. DENARDO

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 20, 2025 | Form ID: 155 | Total Noticed: 29 |

    on behalf of JPMORGAN CHASE BANK  NATIONAL ASSOCIATION logsecf@logs.com

CHRISTOPHER A. DENARDO
    on behalf of Creditor JPMorgan Chase Bank  National Association logsecf@logs.com

HEATHER STACEY RILOFF
    on behalf of JPMORGAN CHASE BANK  NATIONAL ASSOCIATION logsecf@logs.com

MICHAEL A. CIBIK
    on behalf of Debtor Venita Despot help@cibiklaw.com
    noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 6

Case 25-12784-amc    Doc 23    Filed 11/22/25    Entered 11/23/25 00:42:02    Desc Imaged
Certificate of Notice    Page 3 of 4

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>   Venita Despot<br><br>   Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 25−12784−amc<br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: November 19, 2025

For The Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court