WWR# 042028850

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: <br> VENITA DESPOT <br>                     Debtor <br><br> CITIZENS BANK, N.A. <br>                     Movant | CASE NO. 25-12784-amc <br> CHAPTER 13 <br><br> **Hearing Date: 01/07/2026** <br> **Hearing Time: 1:00 PM** |

**MOTION BY CITIZENS BANK, N.A. FOR RELIEF FROM AUTOMATIC STAY PURSUANT TO 11 U.S.C. SECTION 362(d) AND WAIVER OF 14-DAY STAY UNDER FED. BANKR. RULE 4001(a)(4)**

The Motion of Movant, by its attorney, Milos Gvozdenovic, Esquire, respectfully represents:

1. On July 11, 2025, the Debtor filed a voluntary petition commencing a case under Chapter 13, Title 11, United States Code, and for the entry of an Order for Relief.

2. Movant holds a valid security interest in the form of a Home Equity Line of Credit Agreement (the "Mortgage") on a certain residence owned and/or occupied by the Debtor known as 921 E Vernon Rd, Philadelphia, PA 19150 and as more particularly described in the Mortgage. A copy of said Mortgage showing Movant's interest and that is executed by Debtor, is attached to this Motion as Exhibit "A".

3. This is an action under 11 U.S.C. Section 362(d) to vacate or modify a stay granted under 11 U.S.C. Section 362(a) to permit foreclosure of the Mortgage and/or Sheriff's Sale of the subject real property.

4. The Debtor's confirmed plan indicates that the trustee is to cure the pre-petition arrears and Debtor is to resume direct payments. At the time of the filing of this Motion, the Debtor has defaulted on the payments due under the Home Equity Line of Credit Agreement for July 13, 2025 through November 13, 2025 and together with attorney's fees and court costs, the Debtor owes Movant $3,822.79 on account of such defaulted payments.

5. The Debtor's Payoff balance as of December 9, 2025 is $104,182.94.

6. Pursuant to Schedule B of Debtor's petition, the real property has a current value of $287,743.00.

7. Movant is entitled to relief pursuant to 11 U.S.C. 362 (d)(1) because the Debtor has failed to make their post-petition payments. Movant is not adequately protected.

WHEREFORE, Movant prays that the stay pursuant to Section 362(a) be modified to allow Movant execution process through and including, but not limited to, foreclosure and/or Sheriff's Sale of the subject real

property, the 14-day stay provided by Fed. Bankr. Rule 4001(a)(4) is waived, and that it have such other relief as is just.

/s/Milos Gvozdenovic
Milos Gvozdenovic
Weltman, Weinberg & Reis Co., L.P.A.
Attorney for Movant
5990 West Creek Road, Suite 200
Independence, OH 44131
216-739-5647