WWR# 042028850

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>VENITA DESPOT<br>                Debtor<br><br>CITIZENS BANK, N.A.<br>                Movant | CASE NO.  25-12784-amc<br>CHAPTER 13<br><br>**Hearing Date: 01/07/2026**<br>**Hearing Time: 1:00 PM** |

**CERTIFICATE OF SERVICE**

    I, Milos Gvozdenovic, attorney for Movant, do hereby certify that true and correct copies of the Motion for Relief from the Automatic Stay and Notice of Motion, Response Deadline and Hearing Date relating thereto has been served on December 18, 2025 upon those listed below:

**Service by First-Class Mail**:

Venita Despot, Debtor
921  E Vernon Rd, Philadelphia, PA 19150

**and Service by NEF/ECF**:

Michael A. Cibik, Debtors Attorney at help@cibiklaw.com
Scott F. Waterman, Trustee at info@ReadingCh13.com
Office of the U.S. Trustee at USTPRegion03.PH.ECF@usdoj.gov

                                      /s/<u>Milos Gvozdenovic</u>
                                      Milos Gvozdenovic
                                      Weltman, Weinberg & Reis Co., L.P.A.
                                      Attorney for Movant
                                      5990 West Creek Road, Suite 200
                                      Independence, OH 44131
                                      216-739-5647