WWR# 042028850

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>VENITA DESPOT<br><br>　　　　　　　　Debtor<br><br>CITIZENS BANK, N.A.<br><br>　　　　　　　　Movant | CASE NO. 25-12784-amc<br>CHAPTER 13<br><br>Related Document Number:24<br>**Hearing Date: 01/07/2026**<br>**Hearing Time: 11:00 A.M.** |

**CERTIFICATION OF NO RESPONSE**

TO THE CLERK OF BANKRUPTCY COURT:

The undersigned certifies that no response to the motion of Movant, Citizens Bank, N.A., for Relief from the Automatic Stay and Waiver of 14-Day Stay Under Fed. Bankr. Rule 4001(a)(4) is of record. Kindly submit the Order as attached hereto to the Court for the entry of a Default Judgment for want of an answer.

　　　　　　　　　　　　　　　　　　/s/Milos Gvozdenovic
　　　　　　　　　　　　　　　　　　Milos Gvozdenovic
　　　　　　　　　　　　　　　　　　Weltman, Weinberg & Reis Co., L.P.A.
　　　　　　　　　　　　　　　　　　Attorney for Movant
　　　　　　　　　　　　　　　　　　5990 West Creek Road, Suite 200
　　　　　　　　　　　　　　　　　　Independence, OH 44131
　　　　　　　　　　　　　　　　　　216-739-5647