WWR# 042028850

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | CASE NO. 25-12784-amc |
| VENITA DESPOT | CHAPTER 13 |
| Debtor | Related Document Number: 24 |
| | **Hearing Date: 01/07/2026** |
| CITIZENS BANK, N.A. | **Hearing Time: 11:00 A.M.** |
| Movant | |

**CERTIFICATE OF SERVICE**

I, Milos Gvozdenovic, Esquire, attorney for Movant, do hereby certify that true and correct copies of the Certification of No Response have been served on January 2, 2026 upon those listed below:

**Service by First-Class Mail**:

Venita Despot, Debtor
921 E Vernon Rd, Philadelphia, PA 19150

**and Service by NEF/ECF**:

Michael A. Cibik, Debtor's Attorney at help@cibiklaw.com
Scott F. Waterman, Trustee at info@ReadingCh13.com
Office of the U.S. Trustee at USTPRegion03.PH.ECF@usdoj.gov

/s/Milos Gvozdenovic
Milos Gvozdenovic
Weltman, Weinberg & Reis Co., L.P.A.
Attorney for Movant
5990 West Creek Road, Suite 200
Independence, OH 44131
216-739-5647