WWR# 042028850

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>VENITA DESPOT<br>                Debtor<br><br>CITIZENS BANK, N.A.<br>                Movant | CASE NO. 25-12784-amc<br>CHAPTER 13<br><br>**Hearing Date: 01/07/2026**<br>**Hearing Time: 1:00 PM** |

## ORDER

AND NOW, this ____ day of _____, 2025, upon failure of Debtor to file an answer or otherwise plead or appear (or after hearing held and consideration of all evidence, arguments and briefs of Counsel):

It is ORDERED and DECREEDED that the Automatic Stay of all proceedings, as provided under 11 U.S.C. Section 362, is modified to allow the above-captioned Movant to exercise any and all of its remedies under its loan documentation and under state law to proceed regarding the following premise: 921 E Vernon Rd, Philadelphia, PA 19150.

It is FURTHER ORDERED and DECREED that the 14-day stay provided in Fed. Bankr. Rule 4001(a)(4) is waived.

**Date: January 8, 2026**

_____
HONORABLE ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE

CC:
Movant's Counsel:
Milos Gvozdenovic, 5990 West Creek Rd, Suite 200, Independence, OH 44131

Debtor:
Venita Despot, 921 E Vernon Rd, Philadelphia, PA 19150

Debtors Counsel:
Michael A. Cibik at help@cibiklaw.com

Trustee:
Scott F. Waterman, Trustee at info@ReadingCh13.com

United States Trustee, at USTPRegion03.PH.ECF@usdoj.gov