United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-12784-amc |
| Venita Despot | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 08, 2026 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Venita Despot, 921 E Vernon Rd, Philadelphia, PA 19150-3617 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2026          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHRISTOPHER A. DENARDO | on behalf of JPMORGAN CHASE BANK NATIONAL ASSOCIATION logsecf@logs.com |
| CHRISTOPHER A. DENARDO | on behalf of Creditor JPMorgan Chase Bank National Association logsecf@logs.com |
| HEATHER STACEY RILOFF | on behalf of JPMORGAN CHASE BANK NATIONAL ASSOCIATION logsecf@logs.com |
| MICHAEL A. CIBIK | on behalf of Debtor Venita Despot help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MILOS GVOZDENOVIC | on behalf of Creditor Citizens Bank N.A. mgvozdenovic@weltman.com, pitecf@weltman.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2 User: admin Page 2 of 2
Date Rcvd: Jan 08, 2026 Form ID: pdf900 Total Noticed: 1
TOTAL: 7

WWR# 042028850

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br> VENITA DESPOT <br>                Debtor <br><br> CITIZENS BANK, N.A. <br>                Movant | CASE NO.  25-12784-amc <br> CHAPTER 13 <br><br> **Hearing Date: 01/07/2026** <br> **Hearing Time: 1:00 PM** |

**ORDER**

AND NOW, this ____ day of _____, 2025, upon failure of Debtor to file an answer or otherwise plead or appear (or after hearing held and consideration of all evidence, arguments and briefs of Counsel):

It is ORDERED and DECREEDED that the Automatic Stay of all proceedings, as provided under 11 U.S.C. Section 362, is modified to allow the above-captioned Movant to exercise any and all of its remedies under its loan documentation and under state law to proceed regarding the following premise: 921 E Vernon Rd, Philadelphia, PA 19150.

It is FURTHER ORDERED and DECREED that the 14-day stay provided in Fed. Bankr. Rule 4001(a)(4) is waived.

**Date: January 8, 2026**

_____
HONORABLE ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE

CC:
Movant's Counsel:
Milos Gvozdenovic, 5990 West Creek Rd, Suite 200, Independence, OH 44131

Debtor:
Venita Despot, 921 E Vernon Rd, Philadelphia, PA 19150

Debtors Counsel:
Michael A. Cibik at help@cibiklaw.com

Trustee:
Scott F. Waterman, Trustee at info@ReadingCh13.com

United States Trustee, at USTPRegion03.PH.ECF@usdoj.gov