IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Venita Despot<br>　　　Debtor, | BANKRUPTCY CASE NUMBER<br>25-12784-amc |
| JPMorgan Chase Bank, National Association<br>　　　Movant.<br>v. | CHAPTER 13 |
| Venita Despot<br>　　　Debtor/Respondent, | 11 U.S.C. § 362<br><br>Hearing Date and Time: April 8, 2026, at 11:00 AM |
| Scott Waterman, Trustee<br>　　　Additional Respondent. | Courtroom # 4 |

## MOTION OF JPMORGAN CHASE BANK, NATIONAL ASSOCIATION TO APPROVE THE LOAN MODIFICATION

JPMorgan Chase Bank, National Association ("Movant"), by and through its undersigned counsel, hereby requests approval to modify the mortgage loan between Debtor and Movant. In support of this motion, Movant avers as follows:

1. Debtor named above filed a Chapter 13 Bankruptcy Petition on July 11, 2025.

2. Movant holds the first mortgage on Debtor's real property located at 921 East Vernon Road, Philadelphia, PA 19150 (the "Property").

3. Debtor applied for and has been approved for a loan modification ("Loan Modification").

4. Under the terms of the Loan Modification, the new principal balance is $29,469.93, the loan has a new maturity date of February 1, 2033, and an interest rate of 3.990% annually (see attached Exhibit "A").

5. Debtor's total monthly mortgage payment ("Mortgage Payment") will be $969.72.

6. Debtor's Mortgage Payment consists of payments for principal and interest of $398.58, plus payments for property taxes, hazard insurance, and any other permissible escrow items ("Escrow") of $571.14.

7. Debtor understands the Mortgage Payment is subject to change if there is an increase or decrease in the Escrow.

8. The first Mortgage Payment was due on February 1, 2026 and continues thereafter on the same day of each succeeding month.

9. Debtor signed the Loan Modification and therefore consent to its terms (see attached Exhibit "A").

WHEREFORE, Movant requests that the Court approve the Loan Modification between Debtor and Movant.

Respectfully submitted,

Dated: February 25, 2026

BY: /s/ William E. Miller
Heather Riloff 309906
Leslie J. Rase 58365
William E. Miller 308951
LOGS Legal Group LLP
985 Old Eagle School Road, Suite 514
Wayne, PA 19087
(610) 278-6800
logsecf@logs.com