IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Venita Despot<br>　　Debtor, | BANKRUPTCY CASE NUMBER<br>25-12784-amc |
| JPMorgan Chase Bank, National Association<br>　　Movant.<br>v. | CHAPTER 13 |
| | 11 U.S.C. § 362 |
| Venita Despot<br>　　Debtor/Respondent, | Hearing Date and Time: April 8, 2026, at 11:00 AM |
| Scott Waterman, Trustee<br>　　Additional Respondent. | Courtroom # * |

## **O R D E R**

AND NOW, this _____ day of _____, 2026, upon the consideration of the Motion to Approve Loan Modification, no objections having been filed after notice, and finding cause to grant said Motion, it is hereby ORDERED and DECREED that Debtor's Loan Modification with respect to the property located at 921 East Vernon Road, Philadelphia, PA 19150 is hereby APPROVED.

　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HONORABLE ASHELY M. CHAN
　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE