IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Venita Despot<br>　　Debtor, | BANKRUPTCY CASE NUMBER<br>25-12784-amc |
| JPMorgan Chase Bank, National Association<br>　　Movant.<br>v. | CHAPTER 13<br><br>11 U.S.C. § 362 |
| Venita Despot<br>　　Debtor/Respondent, | Hearing Date and Time: April 8, 2026, at<br>11:00 AM |
| Scott Waterman, Trustee<br>　　Additional Respondent. | Courtroom # * |

## <u>CERTIFICATE OF SERVICE</u>

I, William E. Miller, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of the Motion and Notice of Motion, Response Deadline and Hearing Date by First Class Mail, postage prepaid, at the respective last known address of each person set forth below on this 25th day of February, 2026:

Venita Despot
921 E Vernon Rd
Philadelphia, PA 19150-3617

Michael A. Cibik, Esquire, Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
mail@cibiklaw.com - VIA ECF

Scott Waterman, Trustee
Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606
ecfmail@reeadingch13.com - VIA ECF

United States Trustee
Sent via electronic notification ustpregion03.ph.ecf@usdoj.gov

/s/ William E. Miller
Heather Riloff 309906
Leslie J. Rase 58365
William E. Miller 308951
LOGS Legal Group LLP
985 Old Eagle School Road, Suite 514
Wayne, PA 19087
(610) 278-6800
logsecf@logs.com