IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Venita Despot
     Debtor,

JPMorgan Chase Bank, National Association
     Movant.

v.

Venita Despot
     Debtor/Respondent,

Scott Waterman, Trustee
     Additional Respondent.

BANKRUPTCY CASE NUMBER
25-12784-amc

CHAPTER 13

**CERTIFICATION OF NO OBJECTION REGARDING
MOTION TO APPROVE LOAN MODIFICATION, DOCKET NO. 33**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Approve Loan Modification filed on February 25, 2026 has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Approve Loan Modification appears thereon.  Pursuant to the Notice of Hearing, objections to the Motion to Approve Loan Modification were to be filed and served no later than April 1, 2026.

It is hereby respectfully requested that the Order attached to Motion to Approve Loan Modification be entered by the Court.

Respectfully submitted,

Dated:  April 3, 2026

BY: /s/ William E. Miller
Heather Riloff 309906
Leslie J. Rase 58365
William E. Miller 308951
LOGS Legal Group LLP
985 Old Eagle School Road, Suite 514
Wayne, PA 19087
(610) 278-6800
logsecf@logs.com