IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Venita Despot
    Debtor,

JPMorgan Chase Bank, National Association
    Movant.

v.

Venita Despot
    Debtor/Respondent,

Scott Waterman, Trustee
    Additional Respondent.

BANKRUPTCY CASE NUMBER
25-12784-amc

CHAPTER 13

## D E F A U L T   O R D E R

AND NOW, this _____ day of _____, 2026, at the Eastern District of Pennsylvania, upon the consideration of the Motion to Approve Loan Modification (the "Motion"), and the failure of Debtors to file an answer, appear or otherwise respond to the Motion, and for good cause shown, it is

ORDERED AND DECREED that the Motion is GRANTED, and the Loan Modification with respect to the property located at 921 East Vernon Road, Philadelphia, PA 19150 is hereby APPROVED.

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE