IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Venita Despot
     Debtor,

JPMorgan Chase Bank, National Association
     Movant.

v.

Venita Despot
     Debtor/Respondent,

Scott Waterman, Trustee
     Additional Respondent.

BANKRUPTCY CASE NUMBER
25-12784-amc

CHAPTER 13

## CERTIFICATE OF SERVICE

     I, William E. Miller, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of Certificate of No Objection to Motion to Approve Loan Modification by First Class Mail, postage prepaid, at the respective last known address of each person set forth below on this 6th day of April, 2026:

Venita Despot
921 E Vernon Rd
Philadelphia, PA 19150-3617

Michael A. Cibik, Esquire, Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
mail@cibiklaw.com - VIA ECF

Scott Waterman, Trustee
Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606
ECFMail@ReadingCh13.com - VIA ECF

/s/ William E. Miller
Heather Riloff 309906
Leslie J. Rase 58365
William E. Miller 308951
LOGS Legal Group LLP
985 Old Eagle School Road, Suite 514
Wayne, PA 19087
(610) 278-6800
logsecf@logs.com