United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                              Case No. 25-12784-amc

Venita Despot                                                              Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 09, 2026 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Venita Despot, 921 E Vernon Rd, Philadelphia, PA 19150-3617 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2026                                    Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| HEATHER STACEY RILOFF | on behalf of JPMORGAN CHASE BANK  NATIONAL ASSOCIATION logsecf@logs.com |
| MICHAEL A. CIBIK | on behalf of Debtor Venita Despot help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MILOS GVOZDENOVIC | on behalf of Creditor Citizens Bank  N.A. mgvozdenovic@weltman.com, pitecf@weltman.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD MILLER | on behalf of Creditor JPMorgan Chase Bank  National Association wmiller@logs.com, logsecf@logs.com |
| WILLIAM EDWARD MILLER | on behalf of JPMORGAN CHASE BANK  NATIONAL ASSOCIATION wmiller@logs.com, logsecf@logs.com |

District/off: 0313-2                                    User: admin                                    Page 2 of 2

Date Rcvd: Apr 09, 2026                                 Form ID: pdf900                               Total Noticed: 1

TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Venita Despot<br>    Debtor,<br><br>JPMorgan Chase Bank, National Association<br>    Movant.<br>v.<br><br>Venita Despot<br>    Debtor/Respondent,<br><br>Scott Waterman, Trustee<br>    Additional Respondent. | BANKRUPTCY CASE NUMBER<br>25-12784-amc<br><br>CHAPTER 13 |

## D E F A U L T   O R D E R

AND NOW, this __9th__ day of __April__, 2026, at the Eastern District of Pennsylvania, upon the consideration of the Motion to Approve Loan Modification (the "Motion"), and the failure of Debtors to file an answer, appear or otherwise respond to the Motion, and for good cause shown, it is

ORDERED AND DECREED that the Motion is GRANTED, and the Loan Modification with respect to the property located at 921 East Vernon Road, Philadelphia, PA 19150 is hereby APPROVED.

HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE