Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Venita Despot
921 E Vernon Rd
Philadelphia, PA 19150-3617

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2025 to 07/31/2026
**Chapter 13 Case No. 25-12784-AMC**

Petition Filed Date: 07/11/2025
341 Hearing Date: 08/08/2025
Confirmation Date: 11/19/2025

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/18/2025 | $461.00 | | 09/18/2025 | $461.00 | | 10/21/2025 | $521.00 | |
| 11/19/2025 | $521.00 | | 12/18/2025 | $521.00 | | 01/20/2026 | $521.00 | |
| 02/19/2026 | $521.00 | | 03/18/2026 | $521.00 | | 04/20/2026 | $521.00 | |
| 05/18/2026 | $521.00 | | 06/18/2026 | $521.00 | | 07/20/2026 | $521.00 | |

**Total Receipts for the Period: $6,132.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $6,653.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CIBIK LAW, PC | Attorney Fees | $4,085.00 | $4,085.00 | $0.00 |
| 1 | CITIZENS BANK NA<br>»» 001 | Mortgage Arrears | $10.00 | $10.00 | $0.00 |
| 2 | JP MORGAN CHASE BANK NA<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 003 | Unsecured Creditors | $8,762.77 | $791.60 | $7,971.17 |
| 4 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 004 | Unsecured Creditors | $7,101.25 | $641.51 | $6,459.74 |
| 5 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 005 | Unsecured Creditors | $6,512.84 | $588.34 | $5,924.50 |
| 6 | CITY OF PHILADELPHIA (LD)<br>»» 006 | Secured Creditors | $44.51 | $44.51 | $0.00 |

**Chapter 13 Case No. 25-12784-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,653.00 | Current Monthly Payment: | $521.00 |
| Paid to Claims: | $6,160.96 | Arrearages: | $0.00 |
| Paid to Trustee: | $492.04 | Total Plan Base: | $31,140.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.